UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-594 (DSD/TNL)

Albert C. Burgess, Jr.,

       Petitioner,

**ORDER**

v.

United States of America,

       Respondent.


This matter is before the court upon the report and recommendation of United States Magistrate Judge Tony N. Leung dated April 1, 2024 (R&R). Plaintiff has not objected to the R&R within the time period permitted. Accordingly, based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 5] is adopted in its entirety;

2. The petition for writ of habeas corpus [ECF No. 1] is denied; and

3. This action is dismissed without prejudice for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 22, 2024       s/David S. Doty
                                David S. Doty, Judge
                                United States District Court